THE CERTIFICATE OF SERVICE DOES NOT SPECIFICALLY
IDENTIFY WHO WAS SERVED WITH THE MOTION AND IT
DOES NOT APPEAR THAT PARTIES IN INTEREST,
INCLUDING PPH MORTGAGE CORPORATION AND US NATIONAL
ASSOCIATION WERE SERVED.

Date signed March 23, 2012



# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Greenbelt

In re:   Case No.:  10–17021 – WIL    Chapter:  7

Thomas Gregory Bolthouse            Debra Sue Bolthouse
5636 Rockledge Court                5636 Rockledge Court
Frederick, MD 21703                 Frederick, MD 21703

## ORDER REOPENING CASE
## TO PERMIT DEBTOR(S) TO
## PURSUE CLAIM AGAINST PHH MORTGAGE CORPORATION

Upon consideration of Debtor(s)' motion to reopen the above–captioned case pursuant to 11 U.S.C. § 350(b) and Federal Bankruptcy Rule 5010, it is, by the United States Bankruptcy Court for the District of Maryland,

ORDERED, that the motion is granted for the limited purpose of permitting Debtor(s) to pursue their claim against PHH Mortgage Coproration, and the Clerk shall reopen the case; and it is further

ORDERED, that if Debtor(s) has/have not initiated such action by filing a pleading herein on or before (30) days after this Order is entered, the Clerk shall close the case.

cc:   Debtor(s)
      Attorney for Debtor(s) – Timothy J. Sessing
      Chapter 7 Trustee – Janet M. Nesse
      U.S. Trustee
      Respondent Creditor(s) –

**31.2 – ldegrouchy**

**End of Order**